granted, 515 U. S. 1157.] In these cases, 10 additional minutes alloted for oral argument.

No. 95–6643 (A–408). HAI HAI VUONG v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 95–6679 (A–411). AMOS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 95–6904 (A–463). LARETTE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 1, 1995

No. 95–323. UNITED STATES v. NOLAND, TRUSTEE FOR DEBTOR FIRST TRUCK LINES, INC. C. A. 6th Cir. Certiorari granted and case set for oral argument in tandem with No. 95–325, *United States* v. *Reorganized CF&I Fabricators of Utah, Inc., et al.,* immediately *infra.*

No. 95–325. UNITED STATES v. REORGANIZED CF&I FABRICATORS OF UTAH, INC., ET AL. C. A. 10th Cir. Certiorari granted and case set for oral argument in tandem with No. 95–323, *United States* v. *Noland, Trustee for Debtor First Truck Lines, Inc.,* immediately *supra.*

DECEMBER 4, 1995

No. 94–1726. TEXACO INC. v. AMERICAN GEOPHYSICAL UNION ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.